IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DEBRA ANN DARDEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.  3:14CV88 -WHA ) |
| HALLA VISTEON CLIMATE CONTROL, | )          (wo) ) |
| Defendant. | ) |

FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, FINAL JUDGMENT is entered in favor of Halla Visteon Climate Control and against Debra Ann Darden.

Costs are taxed against the Plaintiff.

Done this 10th day of April, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE