IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **DEBRA ANN DARDEN,** | ) | Case No. 3-14-cv-88-WHA |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **HALLA VISTEON CLIMATE** | ) | |
| **CONTROL ALABAMA CORP.,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |
| | ) | |

## **PLAINTIFF'S OBJECTIONS TO DEFENDANT'S BILL OF COSTS**

Now comes Plaintiff and submits the following objections to the bill of costs:

Plaintiff objects generally to costs being taxed against her. A district court may, in its discretion, refuse to tax costs against an unsuccessful plaintiff. *Farmer v. Arabian American Oil Co.*, 379 U.S. 227 (1964). Plaintiff requests that the Court exercise its discretion and reconsider its taxation of costs.

Plaintiff also requests that costs be denied because of Plaintiff's inability to pay. A non-prevailing party's financial status can be considered by the Court when determining the award of costs pursuant to Rule 54(d). *Chapman v. Al. Transp.*, 229 F. 3d 1012, 1039 (11th Cir. 2000). Plaintiff is submitting a declaration regarding her

1

inability to pay. (Exhibit 1). She requests that the Court refrain from taxing costs against her because of her inability to pay.

Respectfully Submitted,
**/s/Russell P. Parker**
Russell P. Parker
ASB-7571-S74P
2170 Highland Avenue South, Suite 111
Birmingham, AL 35205
T (205) 222-2524
F (205) 332-1988
RussParkerLaw@gmail.com

## CERTIFICATE OF SERVICE

I certify that Defendant has been electronically served with a copy of the foregoing:

Bruce J. Downey
Christopher William Weller
Patricia Romano Osuch
Capell & Howard, P.C.
P.O. Box 269
Montgomery, AL 36102-2069

                                            **/s/Russell P. Parker**
                                            Russell P. Parker